FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 1 2005

at 9 o'clock and 35 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TROPICAL OCEAN SPORTS HAWAII, INC., MID PACIFIC OF HAWAII, INC., TOSHIKO SCHUSTER AND SIEGFRIED SCHUSTER AS OWNERS OF THE CATAMARAN "ONO MANA", O/N 633 925, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY. | CIVIL NO. 04-00673 JMS-BMK |

### ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, NOV 30 2005.

J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE