AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of the Complaint of Tropical Ocean Sports Hawaii, Inc., Mid Pacific of Hawaii, Inc., <br><br>     Plaintiff(s), <br><br> V. <br><br><br>     Defendant(s). | JUDGMENT IN A CIVIL CASE <br><br> Case: CV 04-00673JMS-BMK <br><br><br> FILED IN THE <br> UNITED STATES DISTRICT COURT <br> DISTRICT OF HAWAII <br><br> December 2, 2005 <br><br> At 4 o'clock and 00 min p.m. <br> SUE BEITIA, CLERK |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceedings, upon good cause shown, if the settlement conditions have not been satisfied timely pursuant to the "Order of Dismissal" filed and signed by Judge J. Michael Seabright on December 1, 2005.

| December 2, 2005 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |