IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TROPICAL OCEAN SPORTS HAWAII, INC., TOSHIKO SCHUSTER AND SIEGFRIED SCHUSTER AS OWNERS OF THE CATAMARAN "ONO MANA", O/N 633 925, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL NO. 04-00673 JMS-BMK<br><br>FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII<br><br>MAR 29 2006<br><br>at 9 o'clock and 30 min. a M<br>SUE BEITIA, CLERK |

ORDER FOR DISTRIBUTION OF MONEYS

IN THIS CAUSE IT IS ORDERED: that the Clerk of this Court forthwith draw a check against the fund now in the registry of the Court to the credit of this cause in favor of the party hereinafter named and for the amount specified, the same representing security cost bond posted in this cause, said case having been dismissed with prejudice by the Court on December 1, 2005.

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 3/22/06 | Goodsill Anderson Quinn & Stifel | $500.00 |

DATED: Honolulu, Hawaii, March 21, 2006.

J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE